**No. 62367.**—Brenner Bros. Fur Corp. *v.* United States, protest 104049–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

**No. 62368.**—C. S. Emery & Company *v.* United States, protests 316340–K, etc. (St. Albans).

Opinion by WILSON, J.   On December 19, 1957, there was issued T. D. 54506, effective March 20, 1958, wherein the Bureau of Customs held that such merchandise as is now before the court, which had been previously classified as waste, not specially provided for, should be classified under paragraph 1105, by similitude to card waste, not carbonized, at 9 cents per pound.   At the trial, it was stipulated that the merchandise is the same in all material respects as that the subject of T. D. 54506, and that it was properly dutiable, as claimed.   Since the entries herein covered the period from January 3, 1957, through and including June 17, 1957. and upon the agreed facts of record, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 17, 1958

**No. 62369.**—Henry Pollak, Inc., et al. *v.* United States, protests 170008–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C. D. 1991), the claim of the plaintiffs was sustained.

**No. 62370.**—H. A. Caesar & Co. et al. *v.* United States, protests 38530–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.

**No. 62371.**—Whelan Lace & Fabrics Corp. *v.* United States, protest 171839–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 62372.**—Nife, Inc. *v.* United States, protest 325434–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of hand lights similar in all material respects to those the subject of Abstract 61976, the claim of the plaintiff was sustained.

**No. 62373.**—Pennsylvania Textile Corp. *v.* United States, protest 171443–K (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 17, 1958

**No. 62374.**—Kurt S. Adler *v.* United States, protest 320102–K (New York).

Opinion by JOHNSON, J. At the trial, a memorandum of the collector, dated June 9, 1958, was admitted in evidence. It appeared therefrom that 122 cases were liquidated free of duty as American goods returned under paragraph 1615,